## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
1999 SEP 22  AM 8 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

IRAIDA RAMIREZ VIVAS AND
VILMA SANCHEZ RAMIREZ

VS.                                            CIVIL NO. 98-2419 (RLA)

GLADYS SOTOMAYOR, UNIVERSAL
INSURANCE COMPANY, ET AL.

---

### DESCRIPTION OF MOTION

DATE FILED:            DOCKET: 18        TITLE: **MOTION FOR ENTRY OF**
[ ] Plaintiff(s)                                **DEFAULT**
[X] Defendant(s)

### O-R-D-E-R

**DEFAULT OF THIRD PARTY DEFENDANTS IS HEREBY ENTERED.**

9/21/99
DATE

FRANCES RIOS DE MORAN
CLERK OF THE COURT

BY: _____
     DEPUTY CLERK