IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRAIDA RAMIREZ VIVAS et al.,

    Plaintiffs,

    v.                                     CIVIL NO. 98-2419 (RLA)

GLADYS SOTOMAYOR et al.,

    Defendants and Third-Party
    Plaintiffs,

    v.

ROBERTO SANTIAGO et al.,

    Third-Party Defendants

## MINUTES AND ORDER OF INITIAL SCHEDULING CONFERENCE
## HELD ON SEPTEMBER 28, 1999

The parties appeared before the undersigned in chambers for an Initial Scheduling Conference on September 28, 1999, from 3:45 p.m. to 4:20 p.m. ELISA M. FIGUEROA BAEZ ESQ., represented plaintiffs. MARIA DE LOS ANGELES GARAY, ESQ. appeared on behalf of defendants GLADYS SOTOMAYOR and UNIVERSAL INSURANCE. Third-party defendants, who are in default, did not appear.

The Court queried the parties regarding their respective versions of how plaintiff's decedent's fall occurred. It is alleged that he was backing up from the entrance leading to his friends' apartment on the second floor and leaned against the stairway railing, which gave way causing him to fall two floors, resulting in his death.

Defendants SOTOMAYOR and UNIVERSAL argue that the maintenance of the stairway railing and overall premises was the responsibility of third-party defendants SANTIAGO and DELONE, who at the time of the accident had leased the entire building from SOTOMAYOR. The lease allegedly required defendants to obtain insurance coverage as well as to maintain the premises. Defendants further allege that once the real estate is leased, the Civil Code of Puerto Rico provides a presumption that the lessee is responsible for whatever damages are caused therein.

## DISCOVERY

### Depositions

The deposition of defendant GLADYS SOTOMAYOR has already been taken.

The deposition of both plaintiffs, IRAIDA RAMIREZ VIVAS, decedent's mother, and VILMA SANCHEZ RAMIREZ, decedent's sister, shall take place on **October 7 and October 8, 1999.**

It appearing that defendants wish to depose third-party defendants ROBERTO SANTIAGO DELGADO and FIOR D. DELONE MOREL, who are currently in default, their appearance at the depositions shall be procured by way of a subpoena pursuant to Rule 45 F.R.Civ.P.

Accordingly, IT IS FURTHER ORDERED that **no later than October 14, 1999,** defendants shall serve subpoenas for the taking of

depositions, upon third-party defendants ROBERTO SANTIAGO DELGADO and FIOR D. DELONE MOREL at Gettysburg St. N-10, Park Gardens, Río Piedras, P.R., which depositions shall take place on **October 28, 1999**, under penalty of contempt of court for failure to appear.

Defendants and plaintiffs shall continue to make efforts to find the whereabouts of RAFAEL DE LA CRUZ, who appears in the police report as an alleged eyewitness, and whose whereabouts are unknown at this time.

### Discovery Deadlines

The Court admonished the parties of their failure to submit a detailed schedule for completion of discovery as required by the undersigned's ISC Order and warned that in the future, any further violations would be met with sanctions.

Accordingly, IT IS HEREBY ORDERED that the parties shall abide by the following DISCOVERY and PRETRIAL schedule:

### AMENDMENT TO THE PLEADINGS

There shall be no further amendments to the pleadings.

### WRITTEN DISCOVERY

All WRITTEN DISCOVERY, i.e., interrogatories, requests for production of documents, requests for admissions, etc. shall be propounded **no later than October 15, 1999**.

## DEPOSITIONS OF FACT WITNESSES

All DEPOSITIONS OF FACT WITNESSES, including the parties, shall be concluded **no later than November 30, 1999.**

## EXPERT WITNESSES

### A. <u>Plaintiffs' Expert Witness(es)</u>

The REPORT of all expert witnesses plaintiffs intend to utilize at trial shall be provided to defendants **no later than October 29, 1999.**

The DEPOSITION of plaintiffs' expert witness(es) shall be taken **no later than November 30, 1999.**

### B. <u>Defendant's Expert Witness(es)</u>

The REPORT(s) of **all** expert witness(es) defendants intend to use at trial shall be provided to plaintiffs **no later than November 15, 1999.**

The DEPOSITION(s) of defendants' expert witness(es) shall be taken **no later than December 15, 1999.**

The parties are admonished that **all** written expert reports shall include:

> "[A] **complete statement** of all opinions to be expressed and the basis and **reasons therefor**; the data or other information considered by the witness in forming the opinions; any **exhibits** to

be used as a summary of or support for the opinions; the **qualifications** of the witness, including a list of all **publications** authored by the witness within the preceding ten years; the **compensation** to be paid for the study and testimony; and a **listing of any other cases** in which the witness has testified as an expert at trial or by deposition within the preceding four years." Rule 26(a)(2)(B) Fed. R. Civ. P. (emphasis ours).

### DISPOSITIVE MOTIONS

The deadline for submitting dispositive motions, if any, to opposing counsel in accordance with the procedure set forth in the STANDING ORDER - PROCEDURE FOR FILING DISPOSITIVE MOTIONS IN CIVIL TRIALS ASSIGNED TO JUDGE RAYMOND L. ACOSTA, issued on May 19, 1998, is **November 15, 1999.**

### FAILURE TO COMPLY

Counsel are admonished that the failure to comply with the terms of this Order may result in the imposition of sanctions upon the party and/or counsel personally, including but not limited to the payment of reasonable expenses and/or the striking of claims, defenses or witnesses.

**PRETRIAL AND TRIAL SETTINGS**

A JURY TRIAL in these proceedings shall commence on **February 17, 2000, at 9:30 a.m.**

A SETTLEMENT CONFERENCE is hereby scheduled for **January 12, 2000, at 11:30 a.m.** Counsel for the parties shall appear prepared to discuss settlement negotiations in earnest with the necessary authority from their respective clients.

A PRETRIAL/SETTLEMENT CONFERENCE is hereby scheduled for **February 2, 2000, at 4:30 p.m.**

**PRETRIAL ORDER**

A PROPOSED JOINT PRETRIAL ORDER shall be filed **on or before January 26, 2000.**[1] Once approved by the Court, the Proposed Joint Pretrial Order may be modified only upon a showing of good cause.

The PROPOSED JOINT PRETRIAL ORDER shall set forth the following:

I.  **Nature of the Case**

A statement of the nature of the case agreed upon by all parties. In the event that the parties cannot agree upon a single description, separate versions shall be submitted.

---

[1] A courtesy copy shall be delivered directly to the chambers of the undersigned.

CIVIL NO. 98-2419 (RLA)                                                  Page 7

---

## II.   Theories of the Parties

Each party shall present concisely its pertinent legal theories including applicable citations to statutes and caselaw. Counsel are directed to fully disclose all trial issues since the Proposed Joint Pretrial Order will supersede the pleadings in establishing the issues to be heard and considered at trial.

## III.   Admitted Facts

The parties shall provide a comprehensive listing of all admitted or stipulated facts.

## IV.   Contested Facts

The parties shall provide a listing of contested facts.

## V.   List of Exhibits

This section shall contain a listing of all exhibits which have been pre-marked/numbered. Each exhibit shall be identified by a descriptive title as well as its identification number. The parties shall indicate which exhibits, if any, are not objected to by opposing counsel. An additional copy of all documents intended to be used at trial shall also be furnished to the undersigned in accordance with the STANDING ORDER FOR CIVIL TRIALS issued by the undersigned on **February 10, 1994.**

AO 72
(Rev 8/82)

VI. **Depositions**

The party wishing to use deposition testimony at trial shall list the depositions. Additionally, designations and objections shall be submitted in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994**.

VII. **Witnesses**

Each party shall identify witnesses to be presented at trial and include a brief, one paragraph, offer of proof.

VIII. **Expert Witnesses**

When applicable, each party shall list its expert witness and include his/her curriculum vitae and an offer of proof. If an expert report has been produced, THE REPORT SHALL BE SUBMITTED IN CONJUNCTION WITH THE OFFER OF PROOF.

IX. **Itemized Statement of Special Damages**

In the event that the issue of special damages may arise, an itemized statement of special damages shall be incorporated into the Proposed Joint Pretrial Order. The party or parties not in agreement with the proposed statement shall include its/their opposition in this section.

X. **Estimated Length of Trial**

Parties shall indicate the estimated length of trial.

**CIVIL NO. 98-2419 (RLA)**                                              Page 9

---

**STANDING ORDER**

The parties shall also file a TRIAL BRIEF[2] no later than **February 11, 2000**, in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994**. The parties shall make the necessary arrangements with the courtroom deputy clerk to have the evidence marked prior to trial.

This order shall be notified by FAX and mail.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[2] Courtesy copy shall be delivered directly to the chambers of the undersigned.

AO 72
(Rev 8/82)

**SUMMARY OF DEADLINES**

| Date | Event |
|---|---|
| 10/07-10/08/99 | Depositions of plaintiffs |
| 10/14/99 | Deadline for defendants to serve subpoena upon third-party defendants pursuant to Rule 45 F.R.Civ.P. |
| 10/15/99 | Deadline for parties to propound written discovery |
| 10/29/99 | Deadline for plaintiffs to provide expert report(s) |
| 11/15/99 | Deadline for defendants to provide expert report(s) |
| 11/15/99 | Deadline for serving dispositive motions, if any, in accordance with Standing Order |
| 11/30/99 | Deadline for deposition of plaintiffs' expert(s) |
| 11/30/99 | Deadline for fact witnesses depositions |
| 12/15/99 | Deadline for deposition of defendants' expert(s) |
| 01/12/00 | SETTLEMENT CONFERENCE at **11:30 a.m.** |
| 01/26/00 | Deadline for filing of Joint Pretrial Order |
| 02/02/00 | PRETRIAL/SETTLEMENT CONFERENCE at **3:30 p.m.** |
| 02/11/00 | Deadline for filing of Trial Briefs |
| 02/17/00 | JURY TRIAL at **9:30 a.m.** |