IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2  IRAIDA RAMIREZ VIVAS et al.,          '

3       Plaintiffs,                      '

4       v.                               '      CIVIL NO. 98-2419 (RLA)

5  GLADYS SOTOMAYOR, et al.,             '

6       Defendants and                   '
        Third-party plaintiffs,          '
7
                                         '
8       v.                               '
                                         '
9  ROBERTO SANTIAGO DELGADO,             '
   et al.,                               '
10                                       '
        Third-party defendants.          '
11  ───────────────────────────────────────

12                          **JUDGMENT**

13       The Joint Stipulation for Dismissal, filed on October 12, 1999

14  is hereby **GRANTED.**   Accordingly, it is hereby

15       ORDERED AND ADJUDGED that the complaint filed in this case be

16  and the same is hereby **DISMISSED WITH PREJUDICE** without the

17
18  imposition of costs or attorney's fees.

19       IT IS SO ORDERED.

20       In San Juan, Puerto Rico, this 15th day of October, 1999.

21

22                                   ─────────────────────────
                                     RAYMOND L. ACOSTA
23                                   United States District Judge

24

25

26

RECEIVED & FILED
1999 OCT 19 AM 8 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2

22

AO 72
(Rev 8/82)